SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

|  |  |
|---|---|
| *In the Matter of the Search of*<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Black Samsung cell phone, IMEI 355069173572187 | No.   21-01867MB<br><br>SEARCH WARRANT |

TO:      Any authorized law enforcement officer

     Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein;**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B, attached and incorporated by reference herein.**

     I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

     YOU ARE COMMANDED to execute this warrant on or before ___December 12, 2021___

*(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.     ☐   at any time in the day or night as I find reasonable cause has been established.

     You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

     The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Sworn to before me telephonically and signed electronically.

November 29, 2021 at 10:52 a.m.
_____
*Date & Time Issued*

Tucson, Arizona
_____
*City and State*

_____
*Judge's signature*

Bruce G. Macdonald States Magistrate Judge
_____
*Printed name and title*

21-01867MB

## ATTACHMENT A

## ITEM TO BE SEARCHED

The property to be searched is:

The Target Device: one black Samsung cellular telephone, bearing International Mobile Equipment Identity ("IMEI") 355069173572187, currently in the custody of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI).

21-01867MB

## ATTACHMENT B

### PARTICULAR THINGS TO BE SEIZED

1. All records on the Target Device, as described in Attachment A, that relate to violations of 18 U.S.C. §§ 554(a) and 371, including:

   a. types and amounts of weapons and/or ammunition purchases, as well as the location of the purchase and/or identity of the person(s) who made the purchase;

   b. any information related to sources of ammunition, weapons, or money (including names, addresses, phone numbers, or any other identifying information) or the destination or individuals to whom the ammunition, weapons, or money were to be delivered (including names, addresses, phone numbers, or any other identifying information);

   c. any information recording FIGUEROA's schedule, travel, or location from November 1, 2021, to present;

   d. GPS location data, including coordinates, stored on, or accessed through the Target Device;

   e. data indicating locations on maps stored on or accessed through the Target Device;

   f. any information recording contact between FIGUEROA and any co-conspirators;

   g. electronic correspondence stored on and/or accessed through the Target Device relating to weapons smuggling, including emails and attached files, text messages, and instant messaging logs.

2. Information related to incoming calls, outgoing calls, missed calls, and duration of calls stored on and/or accessed through the Target Device.

3. Contact lists stored on and/or accessed through the Target Device, including telephone and email contact names, telephone numbers, physical addresses, email addresses, and internet access information.

4. Any images, photographs, or videos depicting evidence of contraband smuggling contrary to law, specifically weapons and narcotics trafficking, as these two crimes have a relevant nexus with one another, especially as it pertains to the Ports of Entry between the Republic of Mexico and the United States.

5. Evidence of persons who used, owned, and/or controlled the Target Device, including logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, instant messaging logs, photographs, electronic correspondence, and contacts stored on and/or accessed through the Target Device.

6. Any evidence or records that may be recovered or restored and that was previously deleted from the Target Device depicting evidence of contraband smuggling contrary to law, specifically weapons and narcotics trafficking.

7.      Records evidencing the use of the Target Device to access the Internet depicting evidence of contraband smuggling contrary to law, including:

   a.  records of Internet Protocol (IP) addresses used;

   b.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms entered by the user into Internet search engines, and records of user-typed web addresses.

8.      Any data/information stored on the Target Device's subscriber identity module (SIM) card(s), or all other cards used in the storing of information in the Target Device, including any images, photographs, videos, telephone numbers, pager numbers, names and addresses, electronically stored text messages, calling card numbers, email, Internet access information, contacts, and/or identifying information depicting evidence of contraband smuggling contrary to law.

9.      As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

10.     In some cases, the Target Device may be damaged beyond repair, password protected, or otherwise inoperable, and less invasive data analysis techniques will not accomplish the forensic goals of the examination. In these cases, an analysis technique referred to as "chip-off" may be implemented to conduct the data extraction process.  Chip-off is an advanced digital data extraction and analysis technique which involves physically removing flash memory chips from a subject device and then acquiring the raw data using specialized equipment.  This process renders the wireless communication device unusable.

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.:   21-01867MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
### *for the District of Arizona*

| | |
|---|---|
| *In the Matter of the Search of*<br>*(Briefly describe the property to be searched or identify the person by name and address)* | No.    21-01867MB |
| Black Samsung cell phone, IMEI 355069173572187 | APPLICATION FOR<br>SEARCH WARRANT |

I, Anthony J. Sansone, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein;**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B, attached and incorporated by reference herein.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒  evidence of a crime;
☐  contraband, fruits of crime, or other items illegally possessed;
☐  property designed for use, intended for use, or used in committing a crime;
☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of 18 U.S.C. §§ 554(a) & 371.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

---

Reviewed by AUSA Angela W. Woolridge
*AUSA printed last name and inked initials*

ANGELA WOOLRIDGE   Digitally signed by ANGELA WOOLRIDGE
Date: 2021.11.24 11:53:52 -07'00'

Sworn to me telephonically and signed electronically.

November 29, 2021
*Date*

Tucson, Arizona
*City and State*

---

ANTHONY J SANSONE   Digitally signed by ANTHONY J SANSONE
Date: 2021.11.24 12:33:57 -07'00'

*Applicant's signature*

Anthony J. Sansone, HSI Special Agent
*Printed name and title*

*Judge's signature*

Bruce G. Macdonald, United States Magistrate Judge
*Printed name and title*